IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY**                **PLAINTIFF**

VS.                                    CASE NO. 3:09-CV-00102-BSM

**GREENE COUNTY ABSTRACT & TITLE COMPANY, LLC**
**MARY WILLIAMS, individually, BLAKE WILLIAMS, individually,**
**BLAMAR INVESTMENTS, LLC, WILLIAMS IRRIGATION**
**SERVICES, LLC, and PRECISION TITLE SERVICES, LLC**           **DEFENDANTS**

## ORDER MODIFYING
## PRELIMINARY INJUNCTION

The joint motion of the parties, plaintiff and all defendants, coming before the Court upon appearance, stipulation and consent of all parties through their attorneys of record, requesting the modification of the preliminary injunction entered herein on July 17, 2009, as evidenced by signatures affixed hereto, said motion should be granted.

It is therefore ordered that the preliminary injunction entered herein on July 17, 2009, is hereby modified to permit the defendant, Greene County Abstract & Title Company, LLC, to sell its assets more particularly described as follows to Clay County Abstract and Title Insurance, Inc. and upon such sale to pay the sale proceeds to Planters and Merchants Bank of Gillett, Arkansas, such assets described as:

> All of the rights and assets of the Transferor [Greene County], tangible or intangible, which are used in or relate to the land title business of Transferor [Greene County] located and operated at Greene County, Arkansas (the "business"), including but not limited to the following: the goodwill associated with the business; trade name; office equipment and office supplies; furniture and furnishings; telephone and other communication systems; phone numbers; customer records; operations manuals; papers and records pertaining to its business; books and files (paper and on-line) including all title insurance files; disks; tapes; hard drives; conference table and chairs; desks; office chairs; filing cabinets; computers with servers, processors, keyboards, monitors and printers; computer software and passwords; typewriters; contents of vault; contents of storage room; all books, records and indices making up the title plant and Craighead County records;

and, that the officers and members of Greene County Abstract & Title Company, LLC are hereby permitted to execute, acknowledge and endorse all documents to effect such transfer.

    IT IS SO ORDERED.

                                                _____
                                                BRIAN S. MILLER,
                                                UNITED STATES DISTRICT JUDGE
                                                November 12, 2009
                                                _____
                                                DATE

Approved:

GREENE COUNTY ABSTRACT
AND TITLE COMPANY, LLC;
PRECISION TITLE SERVICES, LLC;
and MARY WILLIAMS, DEFENDANTS


BY:_____
     DON A. EILBOTT

BLAKE WILLIAMS; BLAMAR INVESTMENTS,
LLC; and WILLIAMS IRRIGATION
SERVICES, LLC, DEFENDANTS


BY:_____
     GARY J. BARRETT

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY, PLAINTIFF


BY:_____
     MONTE D. ESTES


P&M/GreeneCounty/OrderModifying