IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY**                    **PLAINTIFF**

**VS.**                    **CASE NO. 3:09-CV-00102-BSM**

**GREENE COUNTY ABSTRACT & TITLE COMPANY, LLC,**
**MARY WILLIAMS, individually, BLAKE WILLIAMS, individually,**
**BLAMAR INVESTMENTS, LLC,**
**WILLIAMS IRRIGATION SERVICES, LLC,**
**PRECISION TITLE SERVICES, LLC**                    **DEFENDANTS**

## CONSENT JUDGMENT

Came before the Court the Complaint filed by Old Republic National Title Insurance Company ("Plaintiff" or "Old Republic"), Plaintiff appearing through counsel, and Defendants Greene County Abstract & Title Company, LLC ("Greene County"), Precision Title Services, LLC ("Precision") and Mary Williams ("Williams") appearing through counsel, and from the pleadings, record, statement of counsel, consent of the parties and all other matters before it, the Court finds as follows:

1.      That on or about April 1, 2005, Old Republic, as the Insurer, and Precision Title Services, Inc., as the Agent, entered into a written Agreement for Appointment of Policy Issuing Agent for Old Republic National Title Insurance Company ("the Agency Agreement"). Subsequently the Agency Agreement was amended on March 24, 2005 to replace all references in the Agency Agreement to Precision Title Services, Inc. with Precision Title Services, LLC. The Agency Agreement was subsequently amended again on November 4, 2008, to replace all references in the Agency Agreement to Precision Title

1

Services, LLC with Greene County Abstract & Title Company, LLC. By virtue of the Agency Agreement, Precision, and then Greene County, was appointed a title policy issuing agent for Old Republic for the purpose of "signing, countersigning and issuing title insurance commitments, binders, title reports, certificates, guarantees, title insurance policies, endorsements, and other agreements regarding the condition of title...concerning real estate located in" Greene, Arkansas. In furtherance of its duties as policy issuing agent, Precision, and then Greene County, opened financial accounts and escrow accounts.

2. That Williams was the managing member of Precision and Greene County, and in that capacity served as manager of the day-to-day operations and employee(s) of Precision and Greene County, and had access to and control of the escrow and other financial accounts and other assets of Precision and Greene County, including, but not limited to, closing files, Old Republic title commitments and Old Republic title policies for individual real estate transactions, in the name of, belonging to, or under the control of Precision and Greene County.

3. That in June of 2009, Old Republic conducted an audit of Precision and Greene County pursuant to Section 11 of the Agency Agreement. During this audit, Old Republic discovered that Precision, Greene County, and Williams had been misusing and misappropriating the funds in Precision's and Greene County's escrow and other financial accounts by making improper and unauthorized disbursements therefrom to themselves and others, and failing to make certain disbursements therefrom.

4. That the actions of Precision, Greene County, and Williams, as described, have directly resulted in claims and losses having been paid by Old Republic in the

aggregate amount of $1,359,219.48, which includes credit for recoveries made. Further Old Republic has incurred attorneys' fees, expenses, and legal costs in the additional amount of $ 95,731.99.

5.  That Defendants Precision, Greene County, and Williams, as evidenced by the authorized signatures below, hereby consent to judgment against them in favor of Old Republic, jointly and severally, in the total amount of $1,359,219.48, plus costs in the amount of $542.00, plus expenses and attorneys' fees in the amount of $ 95,189.99, plus interest at the rate of 5% per annum from the date of entry of this judgment.

IT IS, THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that the Plaintiff Old Republic National Title Insurance Company, is hereby awarded judgment, jointly and severally, against Defendants, Greene County Abstract & Title Company, LLC, Precision Title Services, LLC, and Mary Williams, in the amount of the sum of $1,359,219.48, plus costs in the amount of $542.00, plus attorneys' fees in the amount of $ 95,189.99, plus interest at the rate of 5% per annum from the date of entry until paid.

_____
DISTRICT JUDGE

Date: 4-23-2010

AGREED TO:

_____
MARY WILLIAMS, Individually

GREENE COUNTY ABSTRACT & TITLE COMPANY, LLC

By: *Mary Williams*

Title: *Managing Member*

PRECISION TITLE SERVICES, LLC

By: *Mary Williams*

Title: *Managing Member*

APPROVED BY:

*[signature]* — 74042

Don A. Elliott, Esq.
2800 Cantrell Road, Suite 500
Post Office Box 23870
Little Rock, AR 72221-3870
(501) 747-5547
Ark. Bar No. 740420

ATTORNEY FOR MARY WILLIAMS, GREENE COUNTY ABSTRACT & TITLE COMPANY, LLC, and PRECISION TITLE SERVICES, LLC


OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY

BY: *[signature]*

TITLE: *Vice President*

*[signature]*
Monte D. Estes
DOVER DIXON HORNE PLLC
425 W. Capitol Ave, Ste. 3700
Little Rock, AR 72201-3465
(501) 375-9151
Ark. Bar No. 89150

ATTORNEYS FOR OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY