IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY**　　　　　　**PLAINTIFF**

VS.　　　　　　**CASE NO. 3:09-CV-00102-BSM**

**GREENE COUNTY ABSTRACT & TITLE COMPANY, LLC,
MARY WILLIAMS, individually, BLAKE WILLIAMS, individually,
BLAMAR INVESTMENTS, LLC,
WILLIAMS IRRIGATION SERVICES, LLC,
PRECISION TITLE SERVICES, LLC**　　　　　　**DEFENDANTS**

**ARKANSAS SALES TAX SPECIALIST, INC.**　　　　　　**GARNISHEE**

### ORDER ON GARNISHEE

Now on this date comes the Plaintiff, Old Republic National Title Insurance Company, by and through its attorneys, Dover Dixon Horne PLLC, and showing to the Court a Judgment entered against Defendant, Mary Williams, on April 23, 2010, in the amount of one million, three hundred fifty nine thousand, two hundred nineteen dollars and forty eight cents ($1,359,219.48); plus costs in the amount of five hundred forty two dollars ($542.00); attorney's fees in the amount of ninety five thousand, one hundred eighty nine dollars and ninety nine cents ($95,189.99); together with accrued interest at the rate of 5% per annum from the date of Judgment until paid, which altogether totals one million, four hundred sixty six thousand, one hundred twelve dollars and twenty seven cents ($1,466,112.27) as of June 18, 2010, with interest accruing at the rate of one hundred ninety nine dollars and thirty cents ($199.30) per day thereafter until the judgment is satisfied. Plaintiff, also presenting to the Court the Writ of Garnishment issued to Garnishee, as well as the Allegations and Interrogatories filed therein, the Answer of the

Garnishee, and from all of the above, and other facts, things, and proof before the Court, the Court finds:

1. That Plaintiff has a valid judgment against Defendant, Mary Williams.

2. Defendant Mary Williams has filed no objection to the Garnishment.

IT IS THEREFORE CONSIDERED, ORDERED, and ADJUDGED that Garnishee, Arkansas Sales Tax Specialist, Inc., be and hereby is ordered to forward to Plaintiff, Old Republic National Title Insurance Company, ATTN: Debra McDermott, 400 Second Avenue South, Minneapolis, Minnesota, 55401, for every pay period, 25% of Defendant Mary Williams', net disposable wages from bi-weekly wages, until the total amount of Judgment, plus accrued interest, is extinguished or until such time Defendant Mary Williams ceases to be employed by Garnishee.

IT IS SO ORDERED.

_____
HONORABLE BRIAN S. MILLER
DATE: 7-30-2010

PREPARED BY:

_____
Monte D. Estes, Ark. Bar No. 89150
DOVER DIXON HORNE PLLC
425 West Capitol Avenue, Suite 3700
Little Rock, Arkansas 72201
(501) 375-9151

Attorneys for Plaintiff